In re Nomination Petition of Paul DE-FINIS as Candidate for the Democratic Nomination for Representative in the General Assembly for the 173rd Legislative District.

**Appeal of Terrence O. Devlin, Objector.**

Supreme Court of Pennsylvania.

Submitted on Briefs April 30, 2014.

Decided May 9, 2014.

Kathleen Marie Kotula, Esq., PA Department of State, for Department of State.

City Commissioners of Philadelphia, pro se.

Charles Matthew Gibbs, Esq., The Green Firm, LLC, Philadelphia, for Terrence O. Devlin.

Raheem S. Watson, Esq., Watson Duncan LLC, Philadelphia, for Paul Definis.

## ORDER

PER CURIAM.

**AND NOW,** this 9th day of May, 2014, the order of the Commonwealth Court is hereby **AFFIRMED.**

---

**MC OUTDOOR, LLC and Chester County Outdoor, LLC,**
Appellants

v.

**COMMONWEALTH of Pennsylvania and the Office of the Attorney General, by Kathleen G. Kane, Attorney General, Appellees.**

Supreme Court of Pennsylvania.

May 13, 2014.

## ORDER

PER CURIAM.

**AND NOW,** this 13th day of May, 2014, the order of the Commonwealth Court is **AFFIRMED.**